

**FILED**
JUN 17 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PARIS MICKLE and<br>TAHKISHA HODGE | 20 CR 280      **JUDGE WOOD**<br><br>Violation: Title 18, United States Code, Section 371<br><br>**MAGISTRATE JUDGE FUENTES** |

The SPECIAL JANUARY 2019 GRAND JURY charges:

1. On or about June 2, 2020, the Federal Deposit Insurance Corporation insured the deposits of PNC Bank, National Association, which owned and operated an automated teller machine ("ATM") located at 8700 South Cottage Grove, Chicago, Illinois.

2. On or about June 2, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

PARIS MICKLE and
TAHKISHA HODGE,

defendants herein, conspired with each other, and with others known and unknown, to commit an offense against the United States, namely, to take and carry away with the intent to steal money exceeding $1,000 in value belonging to, and in the care, custody, control, management, and possession of PNC Bank, National Association, namely the United States currency stored in the PNC Bank ATM located at 8700 South Cottage Grove, Chicago, Illinois, in violation of Title 18, United States Code, Section 2113(b).

3. It was part of the conspiracy that defendants agreed to break into the PNC Bank ATM in order to steal the United States currency stored in the ATM.

## Overt Acts

4. In furtherance of, and to effect the object of, the conspiracy, defendants committed and caused to be committed the following overt acts, among others, in the Northern District of Illinois:

    a. On or about June 2, 2020, defendant PARIS MICKLE used a blow torch to attempt to break into the PNC Bank ATM and steal the United States currency stored in the ATM;

    b. On or about June 2, 2020, defendant TAHKISHA HODGE used a chain connected to a sedan and attached to the PNC Bank ATM to attempt to break into the ATM and steal the United States currency stored in the ATM; and

    c. On or about June 2, 2020, defendant TAHKISHA HODGE used a chain connected to a sport utility vehicle and attached to the PNC Bank ATM to attempt to break into the ATM and steal the United States currency stored in the ATM;

In violation of Title 18, United States Code, Section 371.

                                                          A TRUE BILL:

                                                          _____

                                                          FOREPERSON

_____
UNITED STATES ATTORNEY